1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  DANNY F. ATTERBURY,            )       No. C 11-3878 LHK (PR)
                                   )
12              Plaintiff,         )       ORDER OF DISMISSAL
                                   )
13       v.                        )
                                   )
14  MIKE STOLP,                    )
                                   )
15              Defendant.         )
                                   )

Plaintiff, a former civil detainee at Napa State Hospital ("NSH"), proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On September 29, 2011, the Court dismissed this action and entered judgment because Plaintiff failed to submit a completed application to proceed in forma pauperis. On October 7 and October 12, 2011, Plaintiff filed motions to reconsider, alleging that he had been preoccupied and did not intend to miss the deadline for filing his application to proceed in forma pauperis. On December 21, 2011, the Court granted Plaintiff's motions to reconsider, re-opened this action, granted Plaintiff leave to proceed in forma pauperis, and dismissed his complaint with leave to amend. In the order, the Court directed Plaintiff to file an amended complaint within thirty days, in which Plaintiff would support his allegations with specific facts.

More than thirty days have passed, and Plaintiff has not filed his amended complaint, nor otherwise communicated with the Court. Accordingly, the instant action is DISMISSED without

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.11\Atterbury878dis.wpd

1 | prejudice.  The Clerk shall close the file.
2 |      IT IS SO ORDERED.
3 | DATED: __2/6/12__

*Lucy H. Koh*
LUCY H. KOH
United States District Judge